UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS A. BRUINSMA,

    Plaintiff,

v.

                                  File No. 1:11-CV-1036
                                  Adv. Pro. No. 11-80175
                                  HON. ROBERT HOLMES BELL

VOSS AUTOMOTIVE,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed a report and recommendation ("R&R") (Dkt. No. 1) issued by United States Bankruptcy Judge Jeffrey R. Hughes regarding Trustee Thomas A. Bruinsma's motion for entry of a default judgment against Defendant Voss Automotive. Defendant is not represented by counsel. The R&R was mailed to Defendant at its last known address on September 26, 2011. Defendant has not filed any objections to the R&R, and the time for doing so has expired. *See* Bankr. R. 9033(b). The Court has reviewed the R&R, and agrees with its recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the September 25, 2011, R&R of the Bankruptcy Judge (Dkt. No. 1) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Trustee's motion for entry of default judgment (Adv. Pro. Dkt. No. 6) is **GRANTED**.

**IT IS FURTHER ORDERED** that the transfers referenced in the Trustee's motion are **AVOIDED** pursuant to 11 U.S.C. § 547.

**IT IS FURTHER ORDERED** that the Trustee is entitled to **RECOVER $16,001.75** from Defendant Voss Automotive pursuant to 11 U.S.C. § 550.


Dated: October 28, 2011 /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE